# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    STEVE H THILL
    SUSAN THILL
        Debtor(s)

Case No. 15-31372

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 09/15/2015.

2)  The plan was confirmed on 02/18/2016.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5)  The case was converted on 11/30/2016.

6)  Number of months from filing to last payment: 13.

7)  Number of months case was pending: 15.

8)  Total value of assets abandoned by court order: NA .

9)  Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $23,660.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$23,660.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,535.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,028.30 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,563.30** |

Attorney fees paid and disclosed by debtor:    $465.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bk Of Amer | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 1,392.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BK NA | Unsecured | 1,148.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BK NA | Secured | 23,000.00 | 24,177.87 | 24,177.87 | 0.00 | 0.00 |
| CAP ONE | Unsecured | 2,501.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap1/Carsn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap1/Carsn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 1,611.00 | 1,676.44 | 1,676.44 | 448.91 | 0.00 |
| CAPITAL ONE NA | Unsecured | 265.00 | 265.05 | 265.05 | 70.97 | 0.00 |
| CAPTIALONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Auto | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 18,601.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 8,834.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 7,233.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | 249,609.00 | 246,622.89 | 246,983.17 | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | NA | 360.28 | 360.28 | 360.28 | 0.00 |
| Comenity Bank | Unsecured | 707.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Comenity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 16,460.41 | 16,460.41 | 16,460.41 | 4,407.75 | 0.00 |
| ECMC | Unsecured | 5,478.00 | 7,989.89 | 7,989.89 | 0.00 | 0.00 |
| ECMC | Unsecured | 11,225.00 | 10,446.07 | 10,446.07 | 0.00 | 0.00 |
| EOS CCA | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 712.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 11,108.00 | NA | NA | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 10,747.00 | NA | NA | 0.00 | 0.00 |
| FIA CSNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OMAHA | Unsecured | 9,333.00 | 21,493.65 | 21,493.65 | 5,755.55 | 0.00 |
| FREEDOM ROAD FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/SAMS CLUB | Unsecured | 2,695.00 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP | Secured | 14,000.00 | 15,233.45 | 15,233.45 | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Secured | NA | 1,115.43 | 1,115.43 | 1,115.43 | 0.00 |
| HSBC BANK USA NA | Unsecured | 53,016.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Secured | 95,000.00 | 146,466.66 | 147,582.09 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 48,394.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Secured | 95,000.00 | 48,467.03 | 48,467.03 | 0.00 | 0.00 |
| KOHLS/CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 2,218.00 | 2,218.83 | 2,218.83 | 594.15 | 0.00 |
| MIDLAND FUNDING | Unsecured | 3,691.00 | 3,691.64 | 3,691.64 | 988.54 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 5,606.00 | 5,872.10 | 5,872.10 | 1,572.42 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 4,742.00 | 4,835.08 | 4,835.08 | 1,294.74 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 4,489.00 | 4,094.43 | 4,094.43 | 1,096.41 | 0.00 |
| Prfrd Cus Ac | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 707.26 | 707.26 | 189.39 | 0.00 |
| SEARS/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/CARE CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/DICKS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 3,221.00 | 3,221.56 | 3,221.56 | 862.66 | 0.00 |
| TD BANK USA | Unsecured | 759.00 | 759.72 | 759.72 | 203.44 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 676.00 | 508.11 | 508.11 | 136.06 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 0.00 | 30,083.12 | 30,083.12 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $443,032.29 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,475.71 | $1,475.71 | $0.00 |
| Debt Secured by Vehicle | $24,177.87 | $0.00 | $0.00 |
| All Other Secured | $15,233.45 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$483,919.32** | **$1,475.71** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$114,323.36** | **$17,620.99** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,563.30 |
| Disbursements to Creditors | $19,096.70 |
| | |
| **TOTAL DISBURSEMENTS** : | **$23,660.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/15/2016                            By: /s/ Tom Vaughn
                                             _____
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**